# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

ALLEN LYNN ROCHE, and
MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

To:    Defendant:    Devon Group of South Florida LLC
    Registered Agent:    Tina Eisenhower
    1701 Nw 81 St Way Court Yard 10
    Plantation, Florida 33322

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esq.
    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, Florida 33334

    Tel:    (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

ALLEN LYNN ROCHE, and
MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

To:    Defendant:    Tate Transport Corporation
      Registered Agent:  Robert Tate
                          2830 W State Rd 84 Ste 102
                          Fort Lauderdale, Florida 33312

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esq.
    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, Florida 33334

    Tel:   (786) 924-9929
    Fax:  (786) 358-6071
    Email: ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**

ALLEN LYNN ROCHE, and
MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Devon Logistics LLC
    Registered Agent:    Kevin L. Deeb
        500 S. Dixie Highway, Suite 304
        Coral Gables, Florida 33146

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esq.
    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, Florida 33334

    Tel:    (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

ALLEN LYNN ROCHE, and
MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Bruce Devon
    13840 Chathan Pl
    Davie, Florida 33325

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esq.
    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, Florida 33334

    Tel:  (786) 924-9929
    Fax:  (786) 358-6071
    Email: ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

ALLEN LYNN ROCHE, and
MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Tina Eisenhower
    127 Riverwalk Cir
    Sunrise, Florida 33326

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____