<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Allen Lynn Roche**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Amount Paid[1] | FLSA Equivalent Hourly Rate[1] | Minimum Wage Hourly Rate | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 4/4/22 - 4/8/22 | 0.71 |  | $ - | $ - |  | $ 546.43 | $ 130.36 | $ 676.79 |
| 3/28/22 - 4/3/22 | 1.00 | 76.5 | $1,243.10 | $ 16.25 | $ 10.00 | $ - | $ 296.56 | $ 296.56 |
| 2/28/22 - 3/27/22 | 4.00 |  | $ - | $ - |  | $ 3,060.00 | $ 730.00 | $ 3,790.00 |
|  |  |  |  |  |  | $ 3,606.43 | $ 1,156.91 | $ 4,763.34 |

Total Unpaid Minimum Wages[1] = $ 3,606.43
Total Unpaid Overtime Wages[1] = $ 1,156.91
Total Liquidated Damages[1] = $ 4,763.34
Total[1] = $ 9,526.68

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.