**Exhibit B**
**Statement of Claim**
**Plaintiff Mohan Ram**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | FLSA Equivalent Hourly Rate[1] | Minimum Wage Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/22 - 11/4/22 | 0.7 | 61 | $ - | $ - | $ 11.00 | $ 16.50 | $ 440.00 | $ 58.93 | $ 498.93 |
| 4/2/22 - 10/30/22 | 30.3 | | $ 1,000.00 | $ 16.39 | | $ 24.59 | $ - | $ 5,212.02 | $ 5,212.02 |
| | | | | | | | $ 440.00 | $ 5,270.95 | $ 5,710.95 |

|  |  |
|---|---|
| Total Unpaid Minimum Wages[1] = | $ 440.00 |
| Total Unpaid Overtime Wages[1] = | $ 5,270.95 |
| Total Liquidated Damages[1] = | $ 5,710.95 |
| Total[1] = | $ 11,421.90 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.