## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 23-CV-60600 RUIZ

Plaintiff:
**ALLEN LYNN ROCHE, ET AL**

vs.

Defendant:
**DEVON GROUP OF SOUTH FLORIDA, LLC, ET AL**


POP2023056531

For:
Elliot Kozolchyk, Esq.
KOZ LAW PA
800 East Cypress Creek Road
Suite 421
Ft. Lauderdale, FL 33324

Received by Priority One Process Service, Inc. on the 29th day of March, 2023 at 8:00 am to be served on **TATE TRANSPORT CORPORATION C/O ROBERT TATE, REGISTERED AGENT, 2830 W STATE ROAD 84, SUITE 102, FT. LAUDERDALE, FL 33312.**

I, FELIX ONATE, being duly sworn, depose and say that on the **5th day of April, 2023** at **11:33 am, I:**

**CORPORATE SERVED** the within named corporation by delivering a true copy of this <u>Summons in a Civil Action & Complaint with Exhibits</u> with the date and hour endorsed thereon by me, to **DIANE ROPER - DEIGNATED AGENT OF ROVERT TATE** as the **REGISTERED AGENT** of the within named corporation, at the address of **2830 W STATE ROAD 84, SUITE 102, FT. LAUDERDALE, FL 33312** and informed said person of the contents therein, in compliance with Florida state statutes.

I certify that I am over the age of 18, have no interest in the above action, am a Sheriff's Appointed Process Server in the Seventeenth Judicial Circuit in good standing in the county in which the process was served. "Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true."

Sworn to (or affirmed) and subscribed before me on the 17th day of April, 2023 by means of physical presence, by the affiant who is personally known to me

NOTARY PUBLIC
STATE OF FLORIDA

DENISE ABAD
Notary Public - State of Florida
Commission # HH 262522
My Comm. Expires May 9, 2026
Bonded through National Notary Assn.

**FELIX ONATE**
S.P.S. 473

**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**(305) 669-1518**

Our Job Serial Number: POP-2023056531
Ref: ROCHE VS DEVON

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60600 RUIZ

ALLEN LYNN ROCHE, and
MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.

_____/

RCVD: 3/29/23 800 am
SERVED: Diane Roper
TYPE: Corp
DATE: 4/5/23 @ 1133 am
SERVER: FO # 473

## SUMMONS IN A CIVIL ACTION

To:    Defendant:    Tate Transport Corporation
       Registered Agent:  Robert Tate
                              2830 W State Rd 84 Ste 102
                              Fort Lauderdale, Florida 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:  (786) 924-9929
Fax:  (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 28, 2023



**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Court
Angela E. Noble

56531