# Exhibit "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60600-Ruiz/Straus

ALLEN LYNN ROUCHE and
MOHAN RAM,

       Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA, LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS, LLC, BRUCE DEVON,
and TINA EISENHOWER,

       Defendants.
_____/

## DECLARATION IN SUPPORT OF MOTION TO VACATE CLERK'S DEFAULT

Michelle Sebesta states under penalty of perjury as follows:

1. My name is Michelle Sebesta and I am the Corporate Secretary of Tate Transport Corporation.

2. A delay in this matter was caused as Devon Logistics had advised they would have their attorney remove Tate removed from the case as Tate is not the employers of Devon Logistics drivers.

3. When Tate discovered that Devon Logistics had not resolved the matter Tate turned the summons over to their attorneys but by this time the response time had expired thereby causing Tate to be in default.

_____
Michelle Sebesta

4.28.2023