**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-60600-Ruiz/Straus**

ALLEN LYNN ROUCHE and
MOHAN RAM,

Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA, LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS, LLC, BRUCE DEVON,
and TINA EISENHOWER,

Defendants.
_____________________________________________/

**DEFENDANT TATE TRANSPORT CORPORATION'S**
**RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM [DE 20]**

Defendant Tate Transport Corporation ("Tate"), by and through its undersigned counsel, and pursuant to this Court's Order in Actions Brought Under the Fair Labor Standards Act [DE 13], hereby files its Response to Plaintiff’s Statement of Claim [DE 20] and states as follows:

1. Tate states that it is not responsible for paying the salaries of either of the Plaintiffs. Tate is a truck brokerage company hiring independently owned subcontractors to transport aggregate from the various quarries to customer jobsites. Tate takes the order from the customer who needs the aggregate transported and acts as an agent by advising the independent trucking subcontractors (in this case Devon Logistics) where and when the delivery is required. Devon and any other subcontractor Tate works with have the option to commit to take the delivery or refuse to do so. In the event Devon agreed to take the load it would send a driver to pick up and deliver the load to the appropriate location. Once the load was delivered the customer would send a ticket regarding the load to Tate which identified how much would be paid for the load. Tate would take

its commission and pay the net proceeds to Devon or any other subcontractor involved in transporting the load. Devon was responsible for paying its own drivers, i.e., the Plaintiffs. Attached hereto as **Exhibit "A"** is a copy of the brokerage contract between Tate and Devon which makes it clear that the drivers are employees of Devon and not Tate.

2. Even if the Plaintiffs were considered to be employees of Tate, the FLSA does not apply to Tate because it does not operate in interstate commerce. All of the loads that it brokers out to subcontractors are within the state of Florida. Moreover, the individual drivers did not engage in interstate commerce when they delivered loads of aggregate within the state of Florida. Therefore there is no enterprise or individual liability.

3. Although Tate was not the employer and was not responsible for paying the Plaintiffs, it further states that it is Tate's understanding that the Plaintiffs were either appropriately paid as commissioned employees, were exempt employees under the Motor Carrier Act, 29 U.S.C. § 213(b) or were independent contractors who were not subject to the FLSA.

4. Tate acted in good faith and had reasonable grounds for believing that they were in compliance with the FLSA. Therefore, Plaintiffs fail to state a claim for liquidated damages because the allegations do not rise to the requisite standard required for liquidated damages under the FLSA.

5. Plaintiffs' claims are barred or otherwise limited as said claims are de minimus in nature.

Dated this 9th day May, 2023.

Respectfully submitted,

/s/ *Laurie A. Thompson*
Laurie A. Thompson
Fla. Bar No. 908339
Email: lthompson@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Northbridge Centre, 515 North Flagler Drive
Suite 2100
West Palm Beach, Florida 33401
Telephone: (561) 802-9044
Facsimile: (561) 802-9976

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9th, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Laurie A. Thompson*

**SERVICE LIST**

CASE NO. 23-CV-60600-Ruiz/Straus

Elliot Ari Kozolchyk, Esq.
Koz Law, P.A.
800 E. Cypress Creek Road, Suite 421
Fort Lauderdale, FL 33334
Email: ekoz@kozlawfirm.com
*Counsel for Plaintiffs*

Jamie Lynn White, Esq.
Spire Law, LLC
2572 W State Rd 426, Suite 2088
Oviedo, FL 32765
Email: jamie@spirelawfirm.com
*Counsel for Devon Group of South Florida LLC, Devon Logistics LLC, Bruce Devon and Tina Eisenhower*