**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 23-cv-60600-Ruiz/Strauss

ALLEN LYNN ROCHE,
and MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

### UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE

Plaintiffs, ALLEN LYNN ROCHE and and MOHAN RAM, through the undersigned counsel and pursuant to the Court's Order Setting Settlement Conference via Zoom [ECF No. 32] and Paperless Order Rescheduling Date of Settlement Conference [ECF No. 39] ("Order"), respectfully request the Court continue the Parties' July 14, 2023 Settlement Conference and in support Plaintiffs state:

1. On June 7, 2023, the Court entered its Order rescheduling the Settlement Conference to July 14, 2023.

2. On July 14, 2023, I will be outside the U.S. on a preplanned trip and do not believe I will have access during the day on that date.

3. The Parties have conferred and confirmed August 2, 2023 as an available date to reset the Settlement Conference.

4.  If the Court is unavailable on August 2, 2023, then Plaintiffs respectfully request the Court cancel the July 14, 2023 Settlement Conference and permit the Parties to confer and provide alternative dates for the Settlement Conference.

WHEREFORE, Plaintiffs respectfully request the Court continue the Settlement Conference to August 2, 2023 or permit the Parties to propose other altnerative dates on which to reset the Settlement Conference.

Filed on this: Wednesday, June 21, 2023.

        Respectfully submitted,

        Koz Law, P.A.
        800 East Cypress Creek Road, Suite 421
        Fort Lauderdale, Florida 33334
        Tel:   (786) 924-9929
        Fax:   (786) 358-6071
        Email: ekoz@kozlawfirm.com

        _____
        Elliot Kozolchyk, Esq.
        Florida Bar No. 74791

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that I conferred with opposing counsel and Defendnats do not oppose the relief sought herein.

        _____
        Elliot Kozolchyk, Esq.