UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60600-Ruiz/Strauss

ALLEN LYNN ROCHE,
and MOHAN RAM,

    Plaintiffs,

v.

DEVON GROUP OF SOUTH FLORIDA LLC,
TATE TRANSPORT CORPORATION,
DEVON LOGISTICS LLC,
BRUCE DEVON, and
TINA EISENHOWER,

    Defendants.
_____/

**JOINT MOTION FOR ENLARGEMENT OF TIME**

    Plaintiffs, ALLEN LYNN ROCHE and MOHAN RAM, and Defendants, DEVON GROUP OF SOUTH FLORIDA LLC, TATE TRANSPORT CORPORATION, DEVON LOGISTICS LLC, BRUCE DEVON, and TINA EISENHOWER, through their respective undersigned counsel and pursuant to the Court's Order Administratively Closing Case and Requiring Submission of Settlement Agreement for Court Approval [ECF No. 48], respectfully request an enlargement of time through August 31, 2023 to submit their Settlement Agreement for the Court's review and approval and in support, the parties state the following:

1.     The parties are finalizing their written Settlement Agreement but need more time.

    WHEREFORE, the parties respectfully request the Court grant an enlargement of time through August 31, 2023 to submit their Settlement Agreement for the Court's review and approval.

Filed on this: Tuesday, August 15, 2023.

Respectfully submitted,

| | |
|---|---|
| Koz Law, P.A.<br>800 East Cypress Creek Road, Suite 421<br>Fort Lauderdale, Florida 33334<br>Tel:    (786) 924-9929<br>Fax:   (786) 358-6071<br>Email: ekoz@kozlawfirm.com<br><br>*/s/ Elliot Kozolchyk*<br>Elliot Kozolchyk, Esq.<br>Florida Bar No. 74791<br>*Attorney for Plaintiffs* | Spire Law, PLLC<br>2572 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765<br>Tel:    (407) 494-0135<br>Email: jamie@spirelawfirm.com<br><br>*/s/ Jamie L. White*<br>Jamie L. White, Esq.<br>Florida Bar No. 100018<br>*Attorney for Defendants Devon Group of South Florida LLC, Devon Logistics LLC, Bruce Devon, and Tina Eisenhower*<br><br>Fowler White Burnett, P.A.<br>Northbridge Centre<br>515 North Flagler Drive Suite 2100<br>West Palm Beach, Florida 33401<br>Tel:    (561) 802-9044<br>Fax:   (561) 802-9976<br>Email: lthompson@fowler-white.com<br><br>*/s/ Laurie A. Thompson*<br>Laurie A. Thompson, Esq.<br>Florida Bar No. 908339<br>*Attorney for Defendant Tate Transport Corporation* |